**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 231(a)(3) |
| **LEONARD LOBIANCO,** | : | (Civil Disorder) |
| also known as "Riddler," and | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| **TOM VOURNAS,** also known as | : | (Obstruction of an Official Proceeding) |
| "El Greco," | : | 18 U.S.C. § 111(a)(1) and (b) |
| | : | (Assaulting, Resisting, or Impeding |
| Defendants. | : | Certain Officers Using a Deadly or |
| | : | Dangerous Weapon, Inflicting Bodily |
| | : | Injury) |
| | : | 18 U.S.C. § 1752(a)(1) and (b)(1)(A) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds with a Deadly or |
| | : | Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(1) |
| | : | (Entering and Remaining in a Restricted |
| | : | Building or Grounds) |
| | : | 18 U.S.C. § 1752(a)(2) and (b)(1)(A) |
| | : | (Disorderly and Disruptive Conduct in a |
| | : | Restricted Building or Grounds with a |
| | : | Deadly or Dangerous Weapon) |
| | : | 18 U.S.C. § 1752(a)(2) |
| | | (Disorderly and Disruptive Conduct in a |
| | | Restricted Building or Grounds) |
| | | 18 U.S.C. § 1752(a)(4) and (b)(1)(A) |
| | | (Engaging in Physical Violence in a |
| | | Restricted Building or Grounds with a |
| | | Deadly or Dangerous Weapon) |
| | | 40 U.S.C. § 5104(e)(2)(D) |
| | | (Disorderly Conduct in |
| | | a Capitol Building) |
| | | 40 U.S.C. § 5104(e)(2)(F) |
| | | (Act of Physical Violence in the Capitol |
| | | Grounds or Buildings) |
| | | 40 U.S.C. § 5104(e)(2)(G) |
| | | (Parading, Demonstrating, or Picketing in |
| | | a Capitol Building) |

1

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal the Indictment, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the Indictment and other related materials, the instant application to seal, the proposed order, and this Order are sealed until the arrest warrant is executed on both defendants.

2. IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed on both defendants.

Date:   December 13, 2023

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE