**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                   |   |                      |
|-----------------------------------|---|----------------------|
| **UNITED STATES OF AMERICA**      | : |                      |
|                                   | : |                      |
| **v.**                            | : | **No. 23-CR-436 (RCL)** |
|                                   | : |                      |
| **LEONARD LOBIANCO and TOM VOURNAS,** | : |                      |
|                                   | : |                      |
| **Defendants.**                   | : |                      |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Assistant United States Attorney Isia Jasiewicz is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW GRAVES
UNITED STATES ATTORNEY
DC Bar No.: 481052

s/ *Monika (Isia) Jasiewicz*
MONIKA (ISIA) JASIEWICZ
Assistant United States Attorney
DC Bar No. 1024941
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov