IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> :   No. 23-cr-436-01-RCL <br> : <br> v. : <br> : <br> LEONARD LOBIANCO, : <br> : <br> *Defendant*. : <br> : |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin, & White, LLC as retained counsel for Defendant Leonard Lobianco in the above-referenced matter.

Dated: January 8, 2024          Respectfully submitted,

**SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC**

     /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Leonard Lobianco*