AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>LEONARD LOBIANCO<br><br>*Defendant* | Case: 1:23-cr-00436<br>Assigned To : Lamberth, Royce C.<br>Assign. Date : 12/13/2023<br>Description: INDICTMENT (B)<br>Related Case: 21-cr-292 (RCL) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*      LEONARD LOBIANCO      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building; and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   12/13/2023

2023.12.13
15:48:43 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.      ZIA M. FARUQUI, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/14/23, and the person was arrested on *(date)* 1/4/24
at *(city and state)* North Port FL.

Date: 1/4/24

*Arresting officer's signature*

Ric U640, FBI
*Printed name and title*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| CASE NO.  8:24-mj-1012-AAS | DATE:  January 4, 2024 |
| HONORABLE  AMANDA ARNOLD SANSONE | INTERPRETER  NA<br>LANGUAGE |
| UNITED STATES OF AMERICA<br>v. | AUSA Michael Gordon<br>Government Counsel |
| LEONARD LOBIANCO<br>TOM VOURNAS<br>Defendant | CJA Anne Borghetti<br>CJA Maribeth Wetzel<br>Defense Counsel |
| COURT RPTR/TAPE  Digital | DEPUTY CLERK  Amanda Craig |
| TIME  2:25 – 3:15    Total - 50 min. | COURTROOM  10B |

## PROCEEDINGS: **INITIAL APPEARANCE/DISTRICT OF COLUMBIA**

| | |
|---|---|
| X | Defts provided w/copy of  Indictment |
| X | ARREST DATE:  January 4, 2024 |
| X | Court summarized charges |
| X | Court advises of Deft's Rule 5 rights |
| X | Financial Affidavits submitted for approval |
| X | CJA appointed for all purposes in this district as to both defendants |
| X | Govt position on detention: moves for release with restrictive conditions |
| X | Defendants waives identity and preliminary examination |
| X | Defendants agree with Governments motion for release |
| X | Court release defendants. |

Lobianco/Vournas:
Standard conditions of release
Special Conditions:
$20,000 signature bond
Travel enlarged to the state of Florida, may not travel internationally or visit Washington D.C. unless appearing for court/attorney appointments
Shall report to Pretrial Services as directed
Shall not use and/or possess a firearm, dangerous weapon or destructive device
Defendant may not use or possess a narcotic drug or any other controlled substance and submit to testing if required by Pretrial Services
Defendant must submit to mental health evaluation and any treatment deemed necessary as directed by Pretrial Services
Defendant may not obtain a passport or any new travel documents
Stand alone monitoring with GPS
Defendant must appear for the Arraignment via Zoom before the District of Columbia on 1/11/2024

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | Case No. 8:24-mj-1012-AAS |
| | ) | |
| LEONARD LOBIANCO | ) | Charging District's Case No. 1:23-cr-436 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* _____

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 1/4/24

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Anne F.
_____
*Printed name of defendant's attorney*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.

Case No. 8:24-mj-1012-AAS

**LEONARD LOBIANCO          /**

**ORDER APPOINTING CRIMINAL JUSTICE ACT ATTORNEY**

The Court finds defendant without sufficient resources within the meaning of Title 18, United States Code, Section 3006A to employ counsel. CJA Attorney, Anne Borghetti, Esq. is hereby appointed to represent the defendant in this matter.

ORDERED, this  4th  day of November, 2024.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:24-mj-1012-AAS

LEONARD LOBIANCO

ORDER OF RELEASE

FILED - USDC - FLMD - TPA
JAN 5 2024 AM 9:01

It is ORDERED:

1. That the conditions of release are established as set forth below.

2. That the United States Marshal is directed to release the above-named Defendant upon his/her agreement, in writing, to comply with the following conditions of release.

ENTERED in Tampa, Florida on January 4, 2024.

AMANDA ARNOLD SANSONE
U.S. MAGISTRATE JUDGE

CONDITIONS OF RELEASE

1. Defendant must appear before the Court in accordance with all notices.

2. Defendant must not at any time, for any reason whatsoever, leave the state of Florida without first advising your Pretrial Service Officer for approval. Defendant cannot travel internationally and must not enter

1

     the Washington D.C. area unless you are appearing for court or have an attorney appointment.

3. Defendant must not change his present address without prior approval from the United States Pretrial Services Agency (Pretrial Services). Defendant must keep Pretrial Services informed of any telephone number changes.

4. Defendant must not commit a federal, state, or local crime during the period of his release. Defendant must inform Pretrial Services immediately if arrested or otherwise charged with any offense. Defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. § 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. § 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. § 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. § 1513), as well as attempts to commit any of the foregoing acts.

5. Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

6. SPECIAL CONDITIONS OF DEFENDANT'S RELEASE

    * Defendant must report to Pretrial Services as directed.

    * Defendant may not use or unlawfully possess a narcotic drug or other controlled substance unless as prescribed by a licensed medical practitioner. Further, Defendant must submit to any method of testing required by Pretrial Services for determining whether Defendant is using a prohibited substance. Such methods may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant may not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

2

* Defendant must submit to a mental health evaluation and any treatment deemed necessary, to include psychiatric medication and treatment with the costs to be borne by the defendant as directed by Pretrial Services.

* Defendant may not use or possess any firearms, dangerous weapons, or destructive devices.

* Defendant may not obtain a passport or any new travel documents.

* Defendant must participate in one of the following location restriction programs and abide by the requirements of the program which ( X ) will or (   ) will not include electronic location monitoring or other location verification system at the discretion of Pretrial Services. Defendant must pay all or part of the cost of the program based upon Defendant's ability to pay as determined by Pretrial Services.

    ( X ) **Stand Alone Monitoring**. Defendant has no residential curfew, home detention, or home incarceration restrictions. However, Defendant must comply with the location or travel restrictions as imposed by the court and compliance will be monitored by GPS.
    (   ) **Curfew**. Defendant is restricted to his/her residence every day from _____ to _____, or otherwise as directed by Pretrial Services, and Defendant's compliance must be monitored as directed by Pretrial Services and may include, at Pretrial Services' option, radio frequency monitoring or GPS monitoring; or
    (   ) **Home Detention**. Defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by Pretrial Services, and Defendant's compliance must be monitored as

3

>>directed by Pretrial Services and may include, at Pretrial Services' option, radio frequency monitoring or GPS monitoring; or
>
>( ) **Home Incarceration.** Defendant is restricted to 24-hour-a-day lock-down at his/her residence except for medical necessities, court appearances, and other activities specifically approved by the Court. Defendant's compliance must be monitored as directed by Pretrial Services and may include, at Pretrial Services' option, radio frequency monitoring or GPS monitoring.

* Defendant must post a signature bond in an amount totaling $20,000.00.

* Defendant must appear for his Arraignment via Zoom before the District of Columbia on January 11, 2024.

7. A violation of any of the above conditions may result in the immediate issuance of a warrant for Defendant's arrest and may result in a forfeiture of any bond.

    Further, upon re-arrest, Defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

    Moreover, a person who violates his/her conditions of release may be prosecuted for contempt of Court.

8. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he/she knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

    (a) an offense punishable by death, life imprisonment or

4

imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b) an offense punishable by imprisonment for a term of five or more years, but less than -15 years, the penalties for failure to appear are a fine of not more than $250,000 or imprisonment for not more than five years, or both;

(c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph ( b ), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense that is committed while Defendant is released under these conditions of release may be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

5

Signed in Tampa, Florida, this _4th_ day of

_____
WITNESS

_____
DEFENDANT

1. The Middle District of Florida consists of the following Florida Counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwanee, Union, and Volusia.

2. The telephone number and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400 and 801 North Florida Avenue, United States Courthouse, Tampa, Florida 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; Park Tower, Suite 3200, 400 N. Tampa Street, Tampa, Florida 33602.

5. The commercial telephone number of the United States Pretrial Services Agency is 813/225-7648, and the toll-free number is 1/800/676-0125.

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: Requests to travel outside the area permitted in this document must be submitted **at least three (3) BUSINESS** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement may result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

6

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| LEONARD LOBIANCO ) | Case No. 8:24-mj-1012-AAS |
| *Defendant* ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____LEONARD LOBIANCO_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __20,000.00__ .

JAN 5 2024 AM 9:01
FILED - USDC - FLMD - TPA

(   ) (3) This is a secured bond of $ _____ , secured by:

   (   ) (a) $ _____ , in cash deposited with the court.

   (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 01/04/2024

_____
Defendant's signature

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

_____
Surety/property owner – printed name

_____
Surety/property owner – signature and date

CLERK OF COURT

Date: 01/04/2024

_____
Signature of Clerk or Deputy Clerk

Approved.

Date: 01/04/2024

_____
Judge's signature

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                            **Case No. 8:24-mj-1012-AAS**

**LEONARD LOBIANCO**

## ORDER OF REMOVAL

The defendant, Leonard Lobianco, having been apprehended in the Middle District of Florida, Tampa Division, on a warrant issued in the District of Columbia, subsequently having been released on bond, the Defendant is hereby,

ORDERED to appear via Zoom on January 11, 2024, at 12:30 p.m., for a hearing before the Honorable Judge Meriweather.

ORDERED this __6th__ day of January, 2024.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge

BOND

# U.S. District Court
## Middle District of Florida (Tampa)
## CRIMINAL DOCKET FOR CASE #: 8:24-mj-01012-AAS All Defendants

Case title: USA v. Lobianco et al

Date Filed: 01/04/2024

Other court case number: 1:23-cr-436 District of Columbia

Date Terminated: 01/06/2024

Assigned to: Magistrate Judge Amanda Arnold Sansone

**Defendant (1)**

| | |
|---|---|
| **Leonard Lobianco**<br>*TERMINATED: 01/06/2024*<br>also known as<br>Riddler<br>*TERMINATED: 01/06/2024* | represented by **Anne F. Borghetti**<br>Anne F. Borghetti, P.A.<br>12211 49th Street North<br>Suite 1<br>Clearwater, FL 33762<br>727-502-0300<br>Fax: 727-502-0303<br>Email: Legal@BorghettiLaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:231.F CIVIL DISORDER, 18:1752.P RESTRICTED BUILDING OR GROUNDS, 40:5104E.M VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS | |

**Defendant (2)**

**Tom Vournas**　　　　　　　　　　　　　　　represented by　**Maribeth L. Wetzel**
*TERMINATED: 01/06/2024*　　　　　　　　　　　　　　　　　　Goldman Wetzel PLLC
*also known as*　　　　　　　　　　　　　　　　　　　　　　　200 Central Avenue
El Greco　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 400
*TERMINATED: 01/06/2024*　　　　　　　　　　　　　　　　　　St. Petersburg, FL 33701
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　727-828-3900
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: beth@goldmanwetzel.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: CJA Appointment*

**Pending Counts**　　　　　　　　　　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**　　　　　　　　　　　　　　　　　　　**Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**　　　　　　　　　　　　　　　　　　　　　　　**Disposition**

18:231.F CIVIL DISORDER, 18:1752.P
RESTRICTED BUILDING OR
GROUNDS, 40:5104E.M VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS

---

**Plaintiff**

**USA**　　　　　　　　　　　　　　　　　　　　　　represented by　**Merrilyn Elise Hoenemeyer**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DOJ-USAO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tampa Division
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　400 North Tampa Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Suite 3200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　813-274-6000
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: merrilyn.hoenemeyer@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/04/2024 | 2 | Arrest Warrant Returned Executed on 1/4/2024 as to Leonard Lobianco. (ABC) (Entered: 01/04/2024) |
| 01/04/2024 | 3 | Arrest Warrant Returned Executed on 1/4/2024 as to Tom Vournas. (ABC) (Entered: 01/04/2024) |
| 01/04/2024 | 4 | ***CJA 23 Financial Affidavit by Tom Vournas. (ABC) (Entered: 01/04/2024) |
| 01/04/2024 | 5 | ***CJA 23 Financial Affidavit by Leonard Lobianco. (ABC) (Entered: 01/04/2024) |
| 01/04/2024 | 7 | ORAL MOTION to Appoint Counsel by Leonard Lobianco, Tom Vournas. (ABC) (Entered: 01/05/2024) |
| 01/04/2024 | 8 | ORAL MOTION for Release from Custody by USA as to Leonard Lobianco, Tom Vournas. (ABC) (Entered: 01/05/2024) |
| 01/04/2024 | 9 | Minute Entry for In Person proceedings held before Magistrate Judge Amanda Arnold Sansone: INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 1/4/2024 as to Leonard Lobianco, Tom Vournas from the District of Columbia., BOND HEARING as to Leonard Lobianco, Tom Vournas held on 1/4/2024. (Digital) (ABC) (Entered: 01/05/2024) |
| 01/04/2024 | 10 | WAIVER of Rule 5 & 5.1 Hearings hearing by Leonard Lobianco. (ABC) (Entered: 01/05/2024) |
| 01/04/2024 | 11 | **ORDER of Appointment of CJA Counsel as to Leonard Lobianco. Signed by Magistrate Judge Amanda Arnold Sansone on 1/4/2024. (ABC)** (Entered: 01/05/2024) |
| 01/04/2024 | 12 | **ORDER of Appointment of CJA Counsel as to Tom Vournas. Signed by Magistrate Judge Amanda Arnold Sansone on 1/4/2024. (ABC)** (Entered: 01/05/2024) |
| 01/04/2024 | 13 | ORAL NOTICE of Standing Order Regarding Due Process Protections Act, 3:20-mc-20-TJC, Doc 1 as to Leonard Lobianco, Tom Vournas: Pursuant to the Due Process Protections Act, the Court confirms the United States' disclosure obligation under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny and orders the United States to comply with that obligation. Violating this order may result in consequences, including exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and other sanctions. Signed by Judge Timothy J. Corrigan. (ABC) (Entered: 01/05/2024) |
| 01/04/2024 | 18 | **ENDORSED ORDER granting 8 Motion for Release from Custody as to Leonard Lobianco (1). Signed by Magistrate Judge Amanda Arnold Sansone on 1/4/2024. (AMS)** (Entered: 01/05/2024) |
| 01/04/2024 | 19 | **ENDORSED ORDER granting 8 Motion for Release from Custody as to Tom Vournas (2). Signed by Magistrate Judge Amanda Arnold Sansone on 1/4/2024. (ABC)** (Entered: 01/06/2024) |
| 01/05/2024 | 14 | **Unsecured BOND entered as to Tom Vournas in amount of $ 20,000.00. Signed by Magistrate Judge Amanda Arnold Sansone on 1/4/2024. (AA)** (Entered: 01/05/2024) |
| 01/05/2024 | 15 | **ORDER Setting Conditions of Release as to Tom Vournas (2) Unsecured 20,000.00. Signed by Magistrate Judge Amanda Arnold Sansone on 1/4/2024. (AA)** (Entered: 01/05/2024) |
| 01/05/2024 | 16 | **Unsecured BOND entered as to Leonard Lobianco in amount of $ 20,000.00. Signed by Magistrate Judge Amanda Arnold Sansone on 1/4/2024. (AA)** (Entered: 01/05/2024) |

| | | |
|---|---|---|
| | | (Entered: 01/05/2024) |
| 01/06/2024 | 20 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Leonard Lobianco. Signed by Magistrate Judge Amanda Arnold Sansone on 1/6/2024. (ABC)** (Entered: 01/06/2024) |
| 01/06/2024 | 21 | **ORDER OF REMOVAL pursuant to Rule 5(c)(3) to the District of Columbia as to Tom Vournas. Signed by Magistrate Judge Amanda Arnold Sansone on 1/6/2024. (ABC)** (Entered: 01/06/2024) |
| 01/06/2024 | | NOTICE to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Leonard Lobianco, Tom Vournas regarding your case number: 1:23-cr-436. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (ABC) (Entered: 01/06/2024) |