## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 23-cr-436-RCL |
| | : | |
| v. | : | |
| | : | |
| LEONARD LOBIANCO, *et al.* | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

### DEFENDANT'S *UNOPPOSED* MOTION TO
### PROCEED WITH STATUS CONFERENCE BY REMOTE VIDEOCONFERENCE

Defendant, Leonard LoBianco, by and through his undersigned counsel, seeks an Order permitting the parties' status conference that is currently scheduled for February 16, 2024 at 1:00 p.m., to proceed remotely via videoconference, and states as follows:

1.      On December 13, 2023, Mr. LoBianco was charged by Indictment with civil disorder and the standard four misdemeanor offenses that are charged by the Government for any individual alleged to have entered the United States Capitol on January 6, 2021. *See* Indictment (D.E. 1).

2.      Mr. LoBianco and his codefendant Tom Vournas are residents of the State of Florida.

3.      On January 11, 2024, both defendants were arraigned on the Indictment by remote video conference. Mr. LoBianco was placed on his personal recognizance and ordered to appear with Mr. Vournas for an in-person status conference before the Court on February 16, 2024 at 1:00 p.m.

4.      To avoid both defendants and Mr. Vournas' counsel to have to travel from Florida to the District of Columbia for a very brief status conference to address the state of discovery in the case, Mr. LoBianco respectfully requests that the status conference be held by remote video conference. This will eliminate Mr. LoBianco from missing work and having to pay airfare and make travel arrangements in having to appear for a brief status conference with the Court.

5.      In similar circumstances, this Court has permitted out of state parties to appear by video conference with the consent of all parties, even when the parties are charged with felony offenses. *See United States v. Purdy, et al.*, 22-cr-019-RCL.

6.      Prior to filing the present motion, undersigned counsel inquired of counsel for the Government and counsel for Mr. Vournas as to their respective positions on Mr. LoBianco's motion, and both parties (through counsel) do not oppose the requested relief and are willing to proceed with a remote videoconference in this case.

7.      Accordingly, a proposed order accompanying this motion grants the relief requested herein.

Dated: January 23, 2024                    Respectfully submitted,

                                          s/ Christopher Macchiaroli
                                          Christopher Macchiaroli (D.C. Bar No. 491825)
                                          Silverman, Thompson, Slutkin & White LLC
                                          1750 K Street, NW, Suite 810
                                          Washington, D.C. 20006
                                          Telephone: (202) 539-2444
                                          Facsimile:  (410) 547-2432
                                          Email: cmacchiaroli@silvermanthompson.com

                                          *Counsel for Defendant Leonard LoBianco*