### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 23-cr-436-RCL |
| v. : | |
| LEONARD LOBIANCO, *et al.* : | |
| *Defendants.* : | |

### **ORDER**

Based upon the representations in the Defendant's *Unopposed* Motion to Proceed with Status Conference by Remote Videoconference, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the status conference currently scheduled for February 16, 2024 at 1:00 p.m. shall proceed by remote zoom videoconference.

_____
ROYCE C. LAMBERTH,
United States District Judge