# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-436-RCL-1 |
| | : | |
| **LEONARD LOBIANCO,** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar Number 481052

By:   */s/ Brian Daniel Brady*
        BRIAN DANIEL BRADY
        Trial Attorney
        D.C. Bar No. 1674360
        Department of Justice
        1301 New York Ave., N.W.
        Suite 800
        Washington, DC 20005
        (202) 834-1916
        brian.brady@usdoj.gov

        */s/ Monika (Isia) Jasiewicz*
        MONIKA (ISIA) JASIEWICZ
        Assistant United States Attorney
        D.C. Bar No. 1024941
        United States Attorney's Office
        District of Columbia
        601 D Street NW
        Washington, DC 20530
        (202) 714-6446
        isia.jasiewicz@usdoj.gov