**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 23-cr-436-RCL-1** |
| | : | |
| **LEONARD LOBIANCO,** | : | |
| | : | |
| **Defendant.** | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e).  The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery.  Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and he does not oppose the motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:     */s/ Brian Daniel Brady*
         BRIAN DANIEL BRADY
         Trial Attorney
         D.C. Bar No. 1674360
         Department of Justice
         1301 New York Ave., N.W.
         Suite 800
         Washington, DC 20005
         (202) 834-1916
         brian.brady@usdoj.gov

         */s/ Monika (Isia) Jasiewicz*
         MONIKA (ISIA) JASIEWICZ
         Assistant United States Attorney
         D.C. Bar No. 1024941
         United States Attorney's Office
         District of Columbia
         601 D Street NW
         Washington, DC 20530
         (202) 714-6446
         isia.jasiewicz@usdoj.gov

2