**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> LEONARD LOBIANCO, : <br> : <br> *Defendant*. : | No. 23-cr-436-01-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Emma J. Mulford of Silverman, Thompson, Slutkin & White, LLC as co-counsel for Defendant Leonard LoBianco in the above-referenced matter.

Dated: January 31, 2024                    Respectfully submitted,

                                           S<small>ILVERMAN</small>|T<small>HOMPSON</small>|S<small>LUTKIN</small>|W<small>HITE</small>, LLC

                                           */s/ Emma J. Mulford*
                                           Emma J. Mulford (Bar No. MD0146)
                                           400 East Pratt Street, Suite 900
                                           Baltimore, Maryland 21202
                                           Telephone: (410) 385-6249
                                           Facsimile:  (410) 547-2432
                                           Email: emulford@silvermanthompson.com

                                           *Counsel for Defendant*