UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 23-CR-436 (RCL) |
| | : | |
| LEONARD LOBIANCO and | : | |
| TOM VOURNAS, | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION TO CONTINUE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America, through the U.S. Attorney for the District of Columbia, and joined by defendants Leonard Lobianco and Tom Vournas, through undersigned counsel, hereby moves this Court to vacate the status conference set for April 16, 2024; to set a status conference the week of June 24, 2024, or at the Court's soonest convenience thereafter; and to exclude the period from April 16, 2024 until the date of that status conference from the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). In support, the parties state as follows:

1. On December 13, 2023, the grand jury returned an indictment charging Mr. Lobianco with violations of 18 U.S.C. § 231(a)(3) (Civil Disorder), 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds), 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds), 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building), and 40 U.S.C.

§ 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building), and Mr. Vournas with violations of 18 U.S.C. § 231(a)(3) (Civil Disorder), 18 U.S.C. § 1512(c)(2) and 2 (Obstruction of an Official Proceeding and Aiding and Abetting), 18 U.S.C. §§ 111(a)(1) and (b) (Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon, Inflicting Bodily Injury), 18 U.S.C. § 1752(a)(1) and (b)(1)(A) (Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 18 U.S.C. § 1752(a)(2) and (b)(1)(A) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 18 U.S.C. § 1752(a)(4) and (b)(1)(A) (Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon), 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building), 40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings), and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2. Both defendants were arraigned on their respective charges at their initial appearance before Judge Robin M. Meriweather on January 11, 2024, at which time the Court excluded time under the Speedy Trial Act from January 11, 2024 to February 16, 2024 in the interest of justice. Minute Entry (Jan. 11, 2024).

3. On February 16, 2024, this Court held a status conference and excluded time under the Speedy Trial Act through April 16, 2024 in the interest of justice. Minute Entry (Feb. 16, 2024).

4. The government has produced significant discovery in this case, including through multiple productions of case-specific discovery in January and February 2024, and

2

most recently on April 12, 2024. In addition, the government has provided defense counsel with access to databases containing materials relevant to Capitol Attack cases generally. As of April 1, 2024, more than 8.14 million files (over 10.55 terabytes of information) have been provided to the defense Relativity workspace and over 32,000 files including body-worn and hand-held camera footage from five law enforcement agencies and surveillance-camera footage from three law enforcement agencies have been shared to the Evidence.com video repositories.

5. Accordingly, the parties now jointly move this Court to schedule a status conference during the week of June 24, 2024, or at the Court's soonest convenience thereafter. Such a continuance will allow for the continued provision and review of discovery in this unusual and complex case, and will grant counsel for the defendants and the attorneys for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Proceeding to trial without such a continuance would likely result in a miscarriage of justice, would make it unreasonable to expect adequate preparation for pretrial proceedings and trial itself due to the unusual and complex nature of the prosecution, and would deny counsel for all parties the time necessary for effective preparation.

6. The parties also request that time from this motion until the date of the status conference in this matter be excluded from the calculation of time necessary to commence a trial, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. The parties submit that a continuance of just over two months until the week of June 24 is warranted and that an order excluding time would bet serve the interests and ends of justice and outweigh the

interests of the public and the defendants in a speedy trial.

WHEREFORE, the United States and the defendants request that the court vacate the status conference set for April 16, 2024; to set a status conference the week of June 24, 2024, or at the Court's soonest convenience thereafter; and to exclude the period from April 16, 2024 until the date of that status conference from the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Monika (Isia) Jasiewicz*
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov

*/s/ Brian Daniel Brady*
Brian Daniel Brady
Trial Attorney
D.C. Bar No. 1674360
Department of Justice
1301 New York Ave., N.W.
Suite 800
Washington, D.C. 20005
(202) 834-1916
brian.brady@usdoj.gov

*/s/ Christopher Macchiaroli*
Christopher Macchiaroli
Silverman, Thompson, Slutkin & White LLP
1775 I Street, NW, Suite 1150
Washington, DC 20006
(347) 693-9622
cmacchiaroli@silvermanthompson.com

Emma Mulford
Silverman, Thompson, Slutkin & White LLP
400 East Pratt Street, Suite 900
Baltimore, MD 21202
emulford@silvermanthompson.com

*Counsel for Defendant Leonard Lobianco*

*/s/ Greg Hunter*
Greg Hunter
Gregory T. Hunter, Esq.
2111 Wilson Boulevard, 8th Floor
Arlington, VA 22201
(703) 966-7226
greghunter@mail.com

*Counsel for Defendant Tom Vournas*
