UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    No. 23-CR-436 (RCL) |
| LEONARD LOBIANCO and TOM VOURNAS, | : |
| Defendants. | : |

## ORDER

Before the Court is a Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act. Based on the facts set forth therein, it is hereby

**ORDERED** that the status conference currently scheduled for April 16, 2024 at 1 PM is hereby vacated;

**ORDERED** that a status conference be set for ___June 27___, 2024, at __10:00 a.m.__ and it is further

**ORDERED** that the time between April 16, 2024 and ___June 27___, 2024 be excluded from calculation of the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, because the continuance will allow for the continued provision and review of discovery in this unusual and complex case, and will grant counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Proceeding to trial without such a continuance would deny counsel for all parties the time necessary for effective preparation and the opportunity to explore potential resolution short

of trial given the unusual and complex nature of the prosecution, and volume of discovery in this case. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

DATE: 4-15-24

HON. ROYCE C. LAMBERTH
United States District Judge