IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : <br> : <br> : No. 23-cr-436-RCL <br> : |
| v. | : <br> : |
| LEONARD LOBIANCO and <br> TOM VOURNAS, | : <br> : <br> : |
| *Defendants*. | : <br> : |

**JOINT MOTION TO CONTINUE STATUS
HEARING AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America and Defendants Leonard LoBianco and Tom Vournas, through their respective undersigned counsel, file the present motion seeking the continuance of the status hearing scheduled for June 28, 2024 for good cause to either July 26, 29, or 30, or at the Court's soonest convenience thereafter, and the continued exclusion of time under the Speedy Trial Act, and state as follows:

1. On December 13, 2023, the grand jury returned an indictment charging Defendants LoBianco and Vournas with felony and misdemeanor offenses relating to the events of January 6, 2021. Both Defendants were arraigned on their respective charges at their initial appearance before Magistrate Judge Robin M. Meriweather on January 11, 2024, at which time the Court excluded time under the Speedy Trial Act from January 11, 2024 to February 16, 2024 in the interest of justice. Minute Entry (Jan. 11, 2024).

2. On February 16, 2024, this Court held a status conference and excluded time under the Speedy Trial Act through April 16, 2024 in the interest of justice. Minute Entry (Feb. 16, 2024).

3.      The Government has produced significant discovery in this case, including through multiple productions of case-specific discovery in January and February 2024, and most recently on April 12, 2024. In addition, the Government has provided defense counsel with access to databases containing materials relevant to events of January 6, 2021.

4.      As of April 1, 2024, more than 8.14 million files (over 10.55 terabytes of information) have been provided to the defense Relativity workspace and over 32,000 files including body-worn and hand-held camera footage from five law enforcement agencies and surveillance-camera footage from three law enforcement agencies have been shared to the Evidence.com video repositories.

5.      The Defendants still require additional time to review the Government's voluminous discovery and to engage in discussions with the Government as to avenues to resolve this matter in lieu of trial.

6.      Accordingly, the parties now jointly move this Court to reschedule the June 28, 2024 remote status conference to July 26, 29, or 30, or at the Court's soonest convenience thereafter. Such a continuance will allow for the continued provision and review of discovery in this unusual and complex case and will grant counsel for the Defendants and the attorneys for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Proceeding to trial without such a continuance would likely result in a miscarriage of justice, would make it unreasonable to expect adequate preparation for pretrial proceedings and trial itself due to the unusual and complex nature of the prosecution, and would deny counsel for all parties the time necessary for effective preparation.

7.      The parties also request that time from June 28, 2024 until the date of that status conference in this case be excluded from the time within which the trial must commence under the

Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the Defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

8. The parties have conferred and jointly request the relief sought in this motion.

9. A proposed Order granting the requested relief accompanies this motion.

Dated: June 25, 2024                    Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    */s/ Monika (Isia) Jasiewicz*
Monika (Isia) Jasiewicz
Assistant United States Attorney
D.C. Bar No. 102491
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 714-6446
isia.jasiewicz@usdoj.gov

*/s/ Brian Daniel Brady*
Brian Daniel Brady
Trial Attorney
D.C. Bar No. 1674360
Department of Justice
1301 New York Ave., N.W., Suite 800
Washington, D.C. 20005
(202) 834-1916
brian.brady@usdoj.gov

*/s/ Christopher Macchiaroli*
Christopher Macchiaroli
Silverman, Thompson, Slutkin & White LLP
1775 I Street, NW, Suite 1150
Washington, DC 20006
(347) 693-9622
cmacchiaroli@silvermanthompson.com

Emma Mulford
Silverman, Thompson, Slutkin & White LLP
400 East Pratt Street, Suite 900
Baltimore, MD 21202
emulford@silvermanthompson.com

*Counsel for Defendant Leonard LoBianco*

/s/ *Greg Hunter*
Greg Hunter
Gregory T. Hunter, Esq.
2111 Wilson Boulevard, 8th Floor
Arlington, VA 22201
(703) 966-7226
greghunter@mail.com

*Counsel for Defendant Tom Vournas*