IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : :  :  No. 23-cr-436-RCL : |
| v. | : : |
| LEONARD LOBIANCO and TOM VOURNAS, | : : : |
| *Defendants*. | : : |

**ORDER**

Based upon the representations in the Joint Motion to Continue Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled remote status hearing set for June 28, 2024 be continued for good cause to July _____, 2024 at _____ by remote proceeding; and it is further

**ORDERED** that the time between June 28, 2024 and July \_\_\_\_\_ 2024, the next status hearing in this case, be excluded from calculation of the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial, because the continuance will allow for the continued provision and review of discovery in this unusual and complex case, and will grant counsel for the defendants and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Proceeding to trial without such a continuance would deny counsel

for all parties the time necessary for effective preparation and the opportunity to explore potential resolution short of trial given the unusual and complex nature of the prosecution, and volume of discovery in this case.  *See* 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

DATED: June _____, 2024

_____
ROYCE C. LAMBERTH
United States District Judge
