## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | :   No. 23-cr-436-01-RCL |
| v. | : |
| | : |
| LEONARD LOBIANCO, | : |
| | : |
| *Defendant*. | : |

### **DEFENDANT'S *CONSENT* MOTION TO CONTINUE PLEA HEARING**

Defendant Leonard Lobianco, through his undersigned counsel, moves this Court for an Order continuing the plea hearing that is currently scheduled for August 23, 2024, and states as follows:

1. On December 13, 2023, the grand jury returned an indictment charging Defendant Leonard LoBianco with felony and misdemeanor offenses relating to the events of January 6, 2021.

2. After various status hearings and exclusions of time under the speedy trial act, the Court set a trial in this matter for October 17, 2024.

3. On August 8, 2024, the parties submitted executed plea paperwork to Chambers and requested the scheduling of a plea hearing date, which was subsequently scheduled by the Court for August 23, 2024.

4. On August 9, 2024, Mr. LoBianco and his wife, while passengers in a Lift vehicle, were in an auto accident. Not only was neither Mr. LoBianco nor his wife at fault as passengers, a Florida traffic police report identified the other driver of the vehicle involved in the accident to be at fault and cited the vehicle. As a result of the accident, the vehicle in which Mr. LoBianco was a passenger, struck The City of North Port traffic control cabinet and base head on, resulting in

traffic lights no longer being operational. Mr. LoBianco suffered a broken leg and injuries to his shoulder and is also being treated for a concussion. He was transported from the scene in an ambulance to Sarasota Memorial Hospital. He is currently wheelchair bound but is expected to transition to crutches in the foreseeable future. He is in significant pain, being prescribed pain medication, and is being evaluated for potential shoulder surgery and concussion-like symptoms.

5.  A copy of the police report, Mr. LoBianco's discharge report from the Emergency Room, and photographs of the damaged vehicle that went into a municipal traffic control cabinet have been provided to the Government.

6.  Given Mr. LoBianco's current physical state, where he cannot walk, his requirement to take pain medication, and his evaluation for concussions, the Defense requests a continuance of the plea hearing date as Mr. LoBianco will need significant assistance in arriving to Washington, DC for his plea hearing. His doctors have advised him not to travel during the present period.

7.  While Mr. LoBianco would consent in writing to a remote plea hearing next week from his home, it appears that a remote plea hearing is not permissible under the Chief Judge's Standing Order No. 23-26 (JEB) (May 5, 2023).

8.  Undersigned counsel has conferred with counsel for the Government who do not oppose the continuance and are available on the following dates for a rescheduled plea hearing, September 23, September 24, October 3, or October 4, if any of those dates are available for the Court.

9.  The defense notes that time under the speedy trial act has already been excluded through October 17, 2024, by consent of the Defendant.

10. A proposed Order granting the requested relief is enclosed

Dated:  August 14, 2024                    Respectfully submitted,

                                                               /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
Silverman, Thompson, Slutkin & White LLC
1775 I Street, NW, Suite 1150
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant Leonard Lobianco*