**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | No. 23-cr-436-01-RCL |
| v. | : | |
| | : | |
| LEONARD LOBIANCO, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |

**ORDER**

Based upon the representations in the Defendant's *Consent* Motion to Continue Plea Hearing, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the plea hearing scheduled for August 23, 2024 is hereby **VACATED** and **RESCHEDULED** for_____, 2024 at _____.

**SO ORDERED.**

DATED: August _____, 2024

_____
ROYCE C. LAMBERTH
United States District Judge